# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

ELIJAH JOHNSON, WILLIAM ALIFF,
MATTHEW BARBER, MARY SMITH,
HALEY CONDER, MCKAYLA EMERY,
MATTHEW RILEE VALIANT, AND
JOHN LAWSON, individually and on
behalf of those similarly situated,

      Plaintiffs,

v.

MAYFIELD CONSUMER PRODUCTS,
LLC,

      Defendant.

Civil Action No. _____

Removed from the Circuit Court of
Grant County, Kentucky
Case No. 22-CI-00040

---

## DECLARATION OF SCOTT D. WEAVER

---

I, Scott D. Weaver, do hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1.     I am over 18 years of age, have personal knowledge of the matters stated herein, and am legally competent to testify on those matters.

2.     I am General Counsel and Chief Fiduciary Officer for Willow Street Trust Company of Wyoming, LLC.

3.     I am providing this declaration to address the citizenship and membership of Defendant Mayfield Consumer Products, LLC ("MCP").

4.     Defendant MCP is a limited liability company that has one member: The Van DeVenter Irrevocable Trust (the "Trust").

1

5.     Willow Street Trust Company of Wyoming, LLC ("WSTC") serves as trustee of the Trust.  WSTC is a Wyoming limited liability company and Wyoming chartered public trust company with its principal place of business in Jackson, Wyoming.

6.     The sole member of WSTC is WSG Holdco, LLC ("Holdco"), a Wyoming limited liability company with its principal place of business in Jackson, Wyoming.  Holdco is ultimately owned and controlled by six members, all of whom are citizens of Wyoming:

  a.   Phillip Harrington, a citizen and resident of the State of Wyoming;

  b.   Barbara Hoeft, a citizen and resident of the State of Wyoming;

  c.   Beatriz Iriondo, also known as Betty Andrikopoulos, a citizen and resident of the State of Wyoming;

  d.   Patricia Overdyke, a citizen and resident of the State of Wyoming via a single-member Wyoming limited liability company;

  e.   Laurent Roux, a citizen and resident of the State of Wyoming via a single-member Wyoming limited liability company; and

  f.   Scott Weaver, a citizen and resident of the State of Wyoming via a single-member Wyoming limited liability company.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

3/25/2022
Date

Scott D. Weaver